# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | | |
|---|---|---|---|
| **IN RE:  Edward Tucker** | ) | Case No: | **14-00005** |
| | ) | Judge: | **Cassling (Kane)** |
| | ) | **Chapter** | **13** |
| **Debtor(s).** | ) | Trustee: | **Stearns** |

## NOTICE OF MOTION

TO:  Edward M Tucker, 17921 Maple Street Lansing, IL 60438 (served via US Mail)
Office of the U.S. Trustee, 219 S Dearborn St. Suite 873, Chicago IL 60604 (Electronically Notified)
Glenn Stearns, Chapter 13 Trustee, 801 Warrenville Rd. Suite 650, Lisle IL 60532 (Electronically Notified)
See Attached List (served by U.S. Mail)

PLEASE TAKE NOTICE that on 1/23/2015 at 9:30 AM. or as soon thereafter as I may be heard, I shall appear before the Honorable Judge Cassling or any other Bankruptcy Judge presiding in his or her place in at the Kane County Courthouse 100 S. Third Street, Room 240 Geneva, IL on the attached Debtor's Motion for Voluntary Dismissal of the Chapter 13, and shall request that the attached Order be entered, at which time you may appear if so desired.

## PROOF OF SERVICE

The undersigned does hereby certify that a copy of this Notice was paper mailed or electronically mailed to the above persons, at their respective addresses, postage prepaid, by depositing in the U.S. Mail at 1305 Remington Road, Suite C, Schaumburg, IL 60173 before 6:00 p.m. on or before 1/16/15.

  /s/ John P. Carlin

John P. Carlin  #6277222
Chang & Carlin, LLP
1305 Remington Road, Suite C
Schaumburg, IL 60173
Phone:  (847) 843-8600

```
capital one
c/o American infosrouce
p.o. box 71083
Charlotte, NC 28272-1083


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


IRS
P.O. Box 7346
Philadelphia, PA 19101-7346


IRS
P.O. Box 7346
Philadelphia, PA 19101-7346


jefferson capital systems, llc
16 mcleleand rd
Saint Cloud, MN 56303


Northwest Collectors
3601 Algonquin Rd Ste 23
Rolling Meadows, IL 60008


Sonnenschein Fnl Svcs
2 Transam Plaza Dr Ste 3
Oakbrook Terrace, IL 60181


Tidewater Motor Credit
6520 Indian River Rd
Virginia Beach, VA 23464


U S Dept Of Ed/fisl/at
Attn: Bankruptcy
61 Forsythe St Room 19t89
Atlanta, GA 30303


U S Dept Of Ed/fisl/at
Attn: Bankruptcy
61 Forsythe St Room 19t89
Atlanta, GA 30303
```

```
U S Dept Of Ed/fisl/at
Attn: Bankruptcy
61 Forsythe St Room 19t89
Atlanta, GA 30303


US Bank
p.o. box 5229
Cincinnati, OH 45201-5229


US Bank
P.O. Box 5229
Cincinnati, OH 45201-5229
```

# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | | |
|---|---|---|---|
| IN RE:  Edward Tucker | ) | Case No: | 14-00005 |
| | ) | Judge: | Cassling (Kane) |
| | ) | Chapter | 13 |
| Debtor(s). | ) | Trustee: | Stearns |

## MOTION TO VOLUNTARILY DISMISS CHAPTER 13 CASE

Now comes Edward Tucker, (hereinafter referred to as the "DEBTOR"), by and through his attorneys, Chang & Carlin, LLP, and moves this Honorable Court for entry of an Order, pursuant to 11 U.S.C. Section 1307(b), granting a voluntary dismissal to the Debtor.  In support thereof, Debtor respectfully represents as follows:

1. On January 2, 2014 the Debtor filed a petition for relief under Chapter 13 of the Bankruptcy Code.

2. This case has not been previously converted under Section 706 or 1112 of the Bankruptcy Code.

3. No complaints objecting to the discharge or to determine the dischargeability of any debt have been filed in this case.

WHEREFORE, DEBTOR prays that this Honorable Court enter an order that this case will be dismissed without prejudice.

Respectfully submitted,

/s/ John P. Carlin
John P. Carlin ARDC #6277222
Chang & Carlin, LLP
1305 Remington Road, Suite C
Schaumburg, IL 60173
Phone:  (847) 843-8600
Fax:  (847) 843-8605