**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Case No. 14-13 |
| James S. Wasilewski | ) | |
| | ) | Judge: A. Benjamin Goldgar (Lake) |
| Debtor(s) | ) | |
| | ) | Chapter 13 |
| | ) | Stearns |

**NOTICE OF MOTION**

TO:  See Attached Service list

On October 9, 2015 at 9:30 a.m., or soon thereafter as counsel may be heard, I shall appear before the honorable Judge, A. Benjamin Goldgar or any judge sitting in his stead in the United States Bankruptcy Court courtroom located the 19th Judicial Circuit North Branch Court located at 1792 Nicole Lane, Round Lake Beach, Illinois 60073, and present the attached attached Debtors' Motion for Sanctions against Stuart Gelfman and Birnbaum Haddon Gelfman & Arnoux a copy of which is attached and at which you may appear if you so desire.

/s/Timothy M. Hughes 6208982

Timothy M. Hughes 6208982
LAVELLE LAW, LTD.
501 W Colfax
Palatine, Illinois 60067
(847) 705-9698

**CERTIFICATE OF SERVICE**

The undersigned attorney certifies that he served a copy of this notice and the documents referred to herein on the parties listed on the attached service list *via* United States Mail by depositing same in a U.S. mailbox located in the building known as 440 W. Colfax, Palatine, Illinois on September 11, 2015 except Glenn Stearns and Patrick S. Layng who were served *via* electronic filing (CM/ECF).

/s/Timothy M. Hughes 6208982

S:\6251-6500\6324\Not & Mot Sanctions GAL 9.10.15.doc

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Case No. 14-13 |
| James S. Wasilewski | ) | |
| | ) | Judge: A. Benjamin Goldgar (Lake) |
| Debtor(s) | ) | |
| | ) | Chapter 13 |
| | ) | Stearns |

## SERVICE LIST

Glenn Stearns (e-mail:CM/ECF)
801 Warrenville Road
Suite 650
Lisle, IL 60532


Patrick S. Layng (e-mail: CM/ECF)
219 S. Dearborn
Suite 873
Chicago, IL 60604


Stuart Gelfman
Birnbaum Haddon Gelfman & Arnoux
180 N. LaSalle St., Suite 3700
Chicago, IL 60601-2809


James S. Wasilewski
26283 Edgemond Lane
Barrington, IL 60010

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. 14-13 |
| James S. Wasilewski | ) | Judge: A. Benjamin Goldgar (Lake) |
| Debtor | ) | Chapter 13:  Stearns |

### DEBTOR'S MOTION FOR SANCTIONS AGAINST
### Stuart Gelfman and Birnbaum Haddon Gelfman & Arnoux

NOW COMES the Debtor, James S. Wasilewski, by and through his attorneys, Lavelle Law, Ltd. and moves this Court for sanctions against Stuart Gelfman and Birnbaum Haddon Gelfman & Arnoux for their willful violation of the bankruptcy automatic stay.  In support of his Motion, Debtor states as follows:

1. Debtor filed his Chapter 13 bankruptcy petition on January 2, 2014.

2. The Automatic Stay was in effect January 2, 2014 and has not been lifted by any creditor of the Debtor.

3. On August 22, 2014, Debtor's plan was confirmed at a 100% dividend to general unsecured creditors with 3% interest paid on filed claims *via* a 60 month plan.

4. Stuart Gelfman and Birnbaum Haddon Gelfman & Arnoux are pre-petition creditors of the Debtor and have been given notice of the Debtor's bankruptcy filed on January 2, 2014. See Exhibit A.

5. Stuart Gelfman and Birnbaum Haddon Gelfman & Arnoux on September 9, 2015 sought an Order on Rule to Show Cause in Cook County case 11 D3 30274.  See Exhibit B.

6. The Order on Rule to Show Cause in Cook County case 11 D3 30274 seeks to enforce a Court order from July 10, 2013, a pre-petition obligation of the Debtor who filed bankruptcy on January 2, 2014.

7.     Stuart Gelfman and Birnbaum Haddon Gelfman & Arnoux sought the Order on Rule to Show Cause without lifting the stay and in spite of Debtor's divorce attorney informing them that Debtor's bankruptcy case was confirmed and active.

8.     Stuart Gelfman and Birnbaum Haddon Gelfman & Arnoux should have filed a proof of claim in the instant case instead of seeking an Order on Rule to Show Cause in the Cook County case 11 D3 30274.

9.     Stuart Gelfman and Birnbaum Haddon Gelfman & Arnoux pursuing the Order on Rule to Show Cause in the Cook County case 11 D3 30274 was intentional, in violation of the automatic stay and has caused harm to the Debtor.

**WHEREFORE,** Debtor, James S. Wasilewski, prays for an entry of an Order finding Stuart Gelfman and Birnbaum Haddon Gelfman & Arnoux in contempt for their willful violation of the bankruptcy automatic stay and awarded Debtor relief from the State Court Order on Rule to Show Cause and for monetary damages for their egregious violation of the automatic stay and Debtors' rights including but not limited to reasonable attorney fees and for any other relief that this court deems just and proper.

                                         Respectfully submitted,
                                         James S. Wasilewski

                                         /s/Timothy M. Hughes 6208982
Timothy M. Hughes – 6208982              By:  One of his attorneys
Lavelle Law, Ltd.
501 W. Colfax St.
Palatine, IL 60067
(847) 705-7555 //dir 847.705-9698
Fax 847-705-9960
thughes@lavellelaw.com

S:\6251-6500\6324\Not & Mot Sanctions GAL 9.10.15.doc